DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:

AURELIO F. and FLORIAN N.
CABANEZ

Chapter 13
Case No. 07-3-0792 SFC13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $2,080.80 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|-------|------------------------------|-------------------|
| 001 | CLERK OF THE COURT FOR<br>TRIAD FINANCIAL<br>5201 RYFE SNOW DR, STE 400<br>NORTH RICHLAND HILLS, TX 76180 | $2,080.80 |

Dated:    July 7, 2010

_____
CECILIA MARCELO
Receipts Administrator